No. 788. LATTA ET AL. *v.* WESTERN INVESTMENT CO. ET AL. C. A. 9th Cir. Certiorari denied. *James D. Meredith* for petitioners. *Stanley A. Weigel, Horace B. Wulff* and *Evan J. Foulds* for respondents.

No. 790. SALES AFFILIATES, INC. *v.* NATIONAL MINERAL CO., NOW HELENE CURTIS INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied. *Hobart N. Durham* and *George B. Finnegan, Jr.* for petitioner. *Casper W. Ooms* for respondent.

No. 791. CONTINENTAL CASUALTY CO. *v.* UNITED STATES FOR THE USE OF SCHAEFER, DOING BUSINESS AS CONCRETE CONSTRUCTION CO., ET AL. C. A. 9th Cir. Certiorari denied. *George W. Wilkins* for petitioner. *Cutler W. Halverson* for Schaefer, respondent.

No. 792. INTERNATIONAL HARVESTER CO. *v.* TROUTMAN, ADMINISTRATRIX. C. A. 6th Cir. Certiorari denied. *Louis Seelbach* for petitioner. *Lawrence S. Grauman* and *Herman Cohen* for respondent.

No. 794. UNION TRUST CO. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Lucien L. Dunbar* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson, L. W. Post* and *Joseph W. Bishop, Jr.* for the United States.

No. 813. PLOUGH *v.* BALTIMORE & OHIO RAILROAD CO.;
No. 814. HANSON, ADMINISTRATRIX, *v.* BALTIMORE & OHIO RAILROAD CO.;